In the Matter of KIMBERLY S. M., an Infant, by Her Parents and Legal Guardians, MARIANN D. M. and ANDREW P. M., Appellant, v BRADFORD CENTRAL SCHOOL, Respondent. (Appeal No. 2.) [649 NYS2d 588] —Appeal unanimously dismissed, without costs (see, Hughes v Nussbaumer, Clarke & Velzy, 140 AD2d 988; see also, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Steuben County, Bradstreet, J.—Summary Judgment.) Present—LAWTON, J. P., FALLON, CALLAHAN, BALIO and DAVIS, JJ.